**Motion Granted; Order filed October 6, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00437-CR
_____

**LASHAWN MONIQUE DARNELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3 & Probate Court
Brazoria County, Texas
Trial Court Cause No. 178818**

## ORDER

The State filed a motion requesting supplementation of the record in this case. The motion is granted and the following order is issued.

The clerk of the County Court at Law No. 3 is directed to deliver to the clerk of this court the original of State's Exhibit 1, a surveillance video, on or before **October 28, 2011.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of

inspection, to return the original of State's Exhibit 1, a surveillance video, to the clerk of the County Court at Law No. 3.

PER CURIAM